

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00043-CV

Deborah A. **FERREL**,
and all other Occupants of 11603 Wood Harbor, San Antonio, TX 78249,
Appellants

v.

**CERBERUS SFR HOLDINGS L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06841
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:　　　Sandee Bryan Marion, Chief Justice
　　　　　　　Rebeca C. Martinez, Justice
　　　　　　　Liza A. Rodriguez, Justice

Delivered and Filed: August 14, 2019

DISMISSED

Appellant's brief, which was due on April 29, 2019, has not been filed. A late brief notice was issued on May 24, 2019, and counsel for appellant responded by telephone on June 4, 2019 stating he planned to file a motion to dismiss the appeal. No motion was filed. On July 22, 2019, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM